UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gary Youssef,                                                                 Case No. 3:23-cv-462

          Plaintiff,

v.                                                                         ORDER

Andrea Rose,

          Defendant.

On March 8, 2023, Plaintiff Gary Youssef filed a notice of removal in this case, attempting to remove a child custody case from the Superior Court of California. (Doc. No. 1). On May 18, 2023, I remanded the action pursuant to 28 U.S.C. § 1447(c) because federal courts do not have subject matter jurisdiction over state child custody matters. (Doc. No. 14).

Sixteen months later, Youssef filed a motion to reopen the time to appeal my remand order and for the appointment of counsel. (Doc. Nos. 17 and 18). But there is no appellate jurisdiction over § 1447(c) remand orders. *See, e.g., Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 712 (1996) (reiterating the Court's prior rulings that "remands based on grounds specified in § 1447(c) are immune from review under § 1447(d)") (citations and quotation marks omitted).

Therefore, I deny Youssef's motions. (Doc. No. 17 and 18). Moreover, because it is indisputable that this court lacks subject matter jurisdiction over the child custody case, the Clerk of Court hereby is ordered to refuse to accept any future documents presented by Youssef for filing in this case.

So Ordered.

                                                                           s/ Jeffrey J. Helmick
                                                                           United States District Judge